**KING & KING LLC**
THE LAW FIRM

STANLEY O. KING
SHARON A. KING

231 South Broad Street
Woodbury, New Jersey 08096
Tel: (856) 845-3001
Fax: (856) 845-3079
stan@kingslaw.com
sharon@kingslaw.com

March 29, 2019

**Filed Electronically**
Honorable Joseph H. Rodriguez, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

    Re:    Robert G. Jillard v. Bayside State Prison, et al.
             Civil Action No. 16-4118 (JHR-KMW)

Dear Judge Rodriguez:

    Our office represents the plaintiff, Robert G. Jillard, with regard to the above-referenced matter. By Order of February 1, 2019, Hon. Karen M. Williams, U.S.M.J. administratively terminated this case, subject to reopening if settlement is not consummated within 60 days—April 2, 2019. Settlement has not, and is unlikely to be consummated by April 2, 2019. Settlement documents were executed and provided to Matthew J. Lynch, D.A.G. counsel for the defendant. Today, Mr. Lynch advised me that it is a busy season for his client and that he is still waiting for the settlement check. I therefore respectfully request that this case be either reopened or that the time to consummate settlement be extended for an additional 30 days—until May 2, 2019. Mr. Lynch consents to this request.

    Thank you for considering this matter.

                                        Respectfully submitted,

                                        Sharon A. King

cc:    Matthew J. Lynch, Esquire
        Robert G. Jillard