

**KING & KING LLC**
THE LAW FIRM

STANLEY O. KING
SHARON A. KING

231 South Broad Street
Woodbury, New Jersey 08096
Tel: (856) 845-3001
Fax: (856) 845-3079
stan@kingslaw.com
sharon@kingslaw.com

April 30, 2019

**Filed Electronically**
Honorable Karen M. Williams, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

    Re:    Robert G. Jillard v. Bayside State Prison, et al.
               Civil Action No. 16-4118 (JHR-KMW)

Dear Judge Williams:

    Our office represents the plaintiff, Robert G. Jillard, with regard to the above-referenced matter. This case was amicably resolved at a settlement conference before Your Honor on February 1, 2019. It was administratively terminated by Order of February 1, 2019, pending consummation within 60 days—April 2, 2019. By April 2, 2019, the plaintiff did not receive the settlement check and requested an extension of time to consummate the settlement. Honorable Joseph H. Rodriguez extended this time to May 2, 2019 by Order of April 2, 2019. This deadline is two days away and it is unlikely that plaintiff will have a settlement check by this date. If Your Honor's schedule can accommodate it, I respectfully request a brief telephone conference with Your Honor either today or tomorrow to seek the Court's guidance in this matter. Yesterday evening, I emailed Matthew Lynch, D.A.G., counsel for the defendant, advising him of my intention to request this conference call. I have not yet received a response from Mr. Lynch.

    Thank you for considering this matter.

                                                           Respectfully submitted,

                                                           Sharon A. King

cc:    Matthew J. Lynch, Esquire
        Robert G. Jillard